**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**P & O NEDLLOYD, LTD.**                                                        **PLAINTIFF**

      v.          Civil No. 04-5057

**SAMS MANAGEMENT GROUP, INC.**                                                 **DEFENDANT**

      v.

**CERTAIN UNDERWRITERS AT LLOYD'S,**
**LONDON, Subscribing to Insurance**
**Contract No. MC02ADKH**                                      **THIRD PARTY DEFENDANTS**

### JUDGMENT

Now on this 23rd day of August, 2005, comes on for consideration **Third Party Defendant's Motion For Summary Judgment** (document #51), and for the reasons set forth in a Memorandum Opinion entered contemporaneously herewith, **Third Party Defendant's Motion For Summary Judgment** is hereby **granted**, and the claims of P&O Nedlloyd, Ltd., and Sams Management Group, Inc., against Certain Underwriters at Lloyd's London Subscribing to Insurance Contract No. MC02ADXH are hereby **dismissed with prejudice**.

**IT IS SO ORDERED.**

                                            /s/ Jimm Larry Hendren
                                         **JIMM LARRY HENDREN**
                                         **UNITED STATES DISTRICT JUDGE**