**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**P & O NEDLLOYD, LTD.**                                                                                  **PLAINTIFF**

            **v.**                    **Civil No. 04-5057**

**SAMS MANAGEMENT GROUP, INC.**                                                          **DEFENDANT**

### O R D E R

Now on this 2nd day of September, 2005, comes on for consideration plaintiff's **Motion To Withdraw Complaint** (document #82), which the Court deems a motion to dismiss pursuant to **F.R.C.P. 41(a)(2),** and, there being no objection thereto, the Court finds that said motion should be, and same hereby is, **granted**, and this matter is hereby **dismissed**.

**IT IS SO ORDERED.**

                                                                                          /s/ Jimm Larry Hendren
                                                                                          **JIMM LARRY HENDREN**
                                                                                          **UNITED STATES DISTRICT JUDGE**